J. SAMUEL FOWLER, as Administrator with the Will
Annexed of the Estate of LAVANTIA C. ABBOTT,
Deceased, Respondent, *v.* KATE E. FIRTH, Individually
and as Administratrix with the Will Annexed of the
Estate of EMMA G. GARFIELD, Deceased, Appellant.

Submitted June 3, 1938; decided July 7, 1938.

*McKinley L. Phillips* and *W. Travis Look* for appellant.

*J. Samuel Fowler*, respondent in person.

Judgment affirmed, with costs· no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.